# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### MISCELLANEOUS NO. 3:08mc22

**IN RE:**   **RELEASE OF BOP SENTRY INFORMATION TO THE FEDERAL DEFENDER'S OFFICE AND UNITED STATES ATTORNEY'S OFFICE**

## ORDER

The United States Probation Office (USPO) will provide the Federal Defender's Office (FDO) and the United States Attorney's Office (USAO) copies of the Bureau of Prisons (BOP) SENTRY reports for any defendant who is eligible for a sentence reduction based upon the retroactive amendments to the crack cocaine guidelines set forth in the United States Sentencing Guidelines Manual, Supplement to Appendix C, Amendment 706 (2007).

The USPO shall scan and e-mail the SENTRY reports to the FDO and USAO once the Supplement to the Presentence Report has been completed by the USPO.

The release of BOP SENTRY reports is limited to cases involved in crack cocaine retroactivity proceedings and are to be used solely for those proceedings..

**SO ORDERED**.

Signed: March 19, 2008

Robert J. Conrad, Jr.
Chief United States District Judge